**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

CAROLINA VELASQUEZ                             CIVIL ACTION NO. 26-0556

VERSUS                                         JUDGE S. MAURICE HICKS, JR.

WARDEN SOUTH LOUISIANA ICE                     MAGISTRATE JUDGE MCCLUSKY
PROCESSING CENTER, ET AL.

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner Carolina Velasquez's ("Petitioner") Fourth Amendment claim be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Petitioner's remaining claims be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 10th day of June, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE